# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| XTERA, INC., XTERA TOPCO LTD., and NEPTUNE SUBSEA IP LTD., | |
| *Plaintiffs* | Civil Action No. 6:19-cv-00278-ADA |
| v. | **JURY TRIAL DEMANDED** |
| NOKIA OF AMERICA CORPORATION, | |
| *Defendant.* | |

## UNOPPOSED MOTION FOR LEAVE TO FILE DECLARATION OF DR. MAITE BRANDT-PEARCE IN SUPPORT OF NOKIA OF AMERICA CORPORATION'S OPENING CLAIM CONSTRUCTION BRIEF

Defendant Nokia of America Corporation ("NAC") respectfully moves for leave to file the Declaration of Dr. Maite Brandt-Pearce, attached hereto as Exhibit A. NAC timely filed its Opening Claim Construction Brief, along with the Declaration of David Frist and supporting exhibits, on February 19, 2019, at 4:37 pm CST (Dkt. 43). The Declaration of Dr. Maite Brandt-Pearce was inadvertently excluded from the filing. NAC seeks leave to file that declaration. Plaintiffs Xtera, Inc., Xtera Topco Ltd., and Neptune Subsea IP Ltd. ("Xtera") do not oppose the relief sought herein.

NAC is filing the instant Motion for Leave within hours of learning of the omission, and has already served the declaration on Xtera. Moreover, prior to filing its Opening Claim Construction Brief, NAC timely disclosed a detailed overview of the expected expert testimony of Dr. Brandt-Pearce pursuant to the Court's Order Governing Proceedings – Patent Case (Dkt. 29) and Scheduling Order (Dkt. 40) (Ex. B). Dr. Brandt-Pearce signed the final declaration prior to NAC's filing, and no changes have been made to that declaration in the meantime.  Finally,

responsive claim construction briefs are not due until March 18, 2020, which provides more than three weeks for Xtera to review and respond to Dr. Brandt-Pearce's opinions. Xtera will thus not suffer any prejudice from the requested relief.

For the foregoing reasons, NAC respectfully requests leave to file the attached Declaration of Dr. Maite Brandt-Pearce (Ex. A).

## LOCAL RULE CV-7(i) CERTIFICATION

Pursuant to Local Rule CV-7(i), counsel for NAC certifies that it conferred with counsel for Xtera in a good-faith attempt to resolve the matter by agreement, and Xtera does not oppose the relief sought herein.

Dated: February 25, 2020

/s/ David S. Frist
Deron R. Dacus (Texas Bar No. 00790553)
**THE DACUS LAW FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1171
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

John D. Haynes (Admitted *Pro Hac Vice*)
Wesley C. Achey (Admitted *Pro Hac Vice*)
David S. Frist (Admitted *Pro Hac Vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
john.haynes@alston.com
wes.achey@alston.com
david.frist@alston.com

*Counsel for Defendant Nokia of America Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 25th day of February, 2020, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system which will automatically send

notification of such filing upon Counsel of Record.

*/s/ David S. Frist*
David S. Frist